IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DUDIK, IV,<br><br>Defendant. | CR 19–105–BLG–DLC<br><br><br><br>ORDER |

Before the Court is the government's Motion Requesting Court to Issue Final Order of Forfeiture. (Doc. 40.) After reviewing the motion, the Court FINDS:

(1) Pursuant to 21 U.S.C. § 853(a)(1), the government sought forfeiture of any real or personal property of Defendant John Dudik, IV ("Dudik") that was used or intended to be used to facilitate, or as proceeds of, the offense charged under 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 (*sealed* Doc. 1);

(2) On January 23, 2020, Dudik entered a plea of guilty to count II of the Indictment, which charged him with possession with intent to distribute methamphetamine (Doc. 24);

(3) The Court entered a preliminary order of forfeiture on October 27, 2020 (Doc. 37);

(4) The government provided all known interested parties an opportunity to respond and that publication and been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1) (Doc. 39); and

(5) Cause appears to support the issuance of a forfeiture order.

Accordingly, IT IS ORDERED that:

(1) The motion (Doc. 40) is GRANTED.

(2) Judgment of forfeiture of the following property shall enter in favor of the United States, free from the claims of any other party:

- $12,389.50 in United States currency; and
- $950.00 in United States currency.

(3) The United States shall have full legal title to the forfeited property and may dispose of it in accordance with the law.

DATED this 28th day of January, 2020.

_____
Dana L. Christensen, District Judge
United States District Court